# WAIVER

I, Suzanne Kahler, defendant in case no. 23-cr-313 (RC) in the United States District Court of the District of Columbia, hereby waive, under Rule 43 of the Federal Rules of Criminal Procedure, my right to appear in person for the arraignment and plea hearing scheduled for September 26, 2023, before U.S. District Judge Rudolph Contreras, and to appear instead by videoteleconference. I have been advised by my lawyer, Nathan I. Silver, Esq., of my right to appear in person, and upon consultation with him, I waive my right to appear in person for the sentencing. I do so knowingly, voluntarily, and intelligently, without coercion or promise of benefit from anyone.

Date: 9/26/2023

_Suzanne M Kahler_
Suzanne Kahler

Witness:

_[signature]_
Nathan I. Silver, Esq.