IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 23-CR-313 (CR) |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| SUZANNE KAHLER, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Suzanne, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by United States Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote

count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM.  Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, As noted above, were in place around the exterior of the Capitol, and USCP were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building.  Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol--including the danger posed by individuals who had entered the Capitol without any security screening or weapons check--Congressional proceedings could not resume until after every unauthorized occupant had been removed from the Capitol, and USCP confirmed that the building had been secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Ralph and Suzanne Kahler of Great Falls, Virginia, were present in Washington, D.C., and inside the Capitol on January 6, 2021.

9. As captured on Closed Circuit Television (CCTV), Ralph and Suzanne Kahler were identified walking up the steps from the Lower West Terrance towards the Upper West Terrace at approximately 2:34 PM. As they ascended the stairs, under the scaffolding, some rioters were climbing the scaffolding. At the top of the stairs, bike racks had been thrown to the ground, wrapped in yellow police tape.

10. Ralph and Suzanne Kahler entered the Capitol through the Senate Wing Door at approximately 3:07:01 PM. Once inside of the building, Ralph and Suzanne Kahler took photos

and continued to film their time inside. The pair then attempted to walk southbound down the hallway leading to the Crypt. Just before beginning down the hallway, Suzanne Kahler posed for her photo to be taken by Ralph Kahler.

11. The two then continue down the hallway. After not making it very far, Ralph and Suzanne Kahler turned around and walked back northbound and exited the Senate Wing Door, the same door they entered. Ralph and Suzanne Kahler exited together at 3:09:54 PM.

### *Elements of the Offense*

12. The parties agree that 18 U.S.C. §5104(e)(2)(G) requires the following elements:

    a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgements*

13. Defendant willfully and knowingly entered the U.S. Capitol Building knowing that she did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Joseph Huynh
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Suzanne Kahler, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/7/2023

Suzanne Kahler
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: Sept. 11, 2023

Nathan I. Silver, II
Attorney for Defendant